# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148617(54)

KENNETH J. SPEICHER,
        Plaintiff-Appellee,

v

COLUMBIA TOWNSHIP BOARD OF TRUSTEES
and COLUMBIA TOWNSHIP PLANNING
COMMISSION,
        Defendants-Appellants.
_____/

SC: 148617
COA: 306684
Van Buren CC: 11-600857-CZ

On order of the Chief Justice, the motion of Outside Legal Counsel, PLC, and attorney Philip L. Ellison to file an amicus curiae brief is GRANTED. The brief submitted on September 5, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2014

